PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN GEORGE, | CASE NO. 4:17CV2322 |
| Plaintiff, | |
| v. | JUDGE BENITA Y. PEARSON |
| YOUNGSTOWN STATE UNIVERSITY, *et al.* | |
| | **ORDER OF DISMISSAL** |
| Defendants. | |

On December 17, 2020, the Court was notified by counsel that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before February 1, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| December 17, 2020 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |